MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
mmills@blwmlawfirm.com
BAUMAN LOEWE WITT & MAXWELL
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89130
Phone: 702-240-6060
Fax: 702-240-4267

Attorneys for Defendant,
David Swank

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIA SAMANO, individually,<br><br>    Plaintiff,<br><br>        vs.<br><br>DAVID SWANK, Individually;<br>DOES I through X; and ROE<br>CORPORATIONS I through X, inclusive,<br><br>    Defendants. | CASE NO: 2:17-cv-00477- |

### ERRATA TO INCLUDE EXHIBITS TO DEFENDANTS NOTICE OF REMOVAL

COME NOW, Defendant David Swank, by and through his counsel of record, Michael C. Mills, Esq., of Bauman Loewe Witt & Maxwell, PLLC., and hereby provide the following Exhibits which were not included with Defendants Notice of Removal:

Exhibit i:  Complaint

DATED this 15th day of February 2017.

BAUMAN LOEWE WITT & MAXWELL

_____
MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89130
Attorney for Defendant,
David Swank