```
 1  JOINTLY SUBMITTED
    MICHAEL C. MILLS, ESQ.
 2  Nevada Bar No. 003534
    BAUMAN LOEWE WITT & MAXWELL, PLLC
 3  3650 N. Rancho Dr., Ste. 114
    Las Vegas, NV 89130
 4  Telephone No.: (702) 240-6060
    Facsimile No.: (702) 240-4267
 5  Email: mmills@blwmlawfirm.com

 6  Attorney for Defendant
    David Swank
 7
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MARIA SAMANO, individually, | CASE NO: 2:17-cv-00477-JCM-VCF |
| Plaintiff, | |
| vs. | |
| DAVID SWANK, Individually; DOES I through X; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

### STIPULATION AND ORDER ALLOWING FOR THE FED. R. CIV. P. 35 EXAMINATION OF PLAINTIFF MARIA SAMANO

IT IS HEREBY STIPULATED by and between the parties, by and through their respective counsel of record, that Plaintiff Maria Samano shall attend and participate in

STIPULATION AND ORDER ALLOWING FOR THE FED. R. CIV. P. 35 EXAM OF
PLAINTIFF MARIA SAMANO
- PAGE 1 OF 2 -

an Medical Examination pursuant to Fed. R. Civ. P. 35 which shall take place on December 11th, 2017 at 12:00 p.m., at the medical offices of Joseph Schifini, M.D., located at 600 S. Tonopah Drive, #240, Las Vegas, NV 89106, beginning at the hour of 11:30 am.

The scope of the examination will include Plaintiff's pain management, including examination of the spine. There will be no invasive testing.

Dated: November 30, 2017

WILLOUGHBY SHULMAN
INJURY LAWYERS

_____
ERIC WILLOUGHBY, ESQ.
Nevada Bar No. 010277
3110 S. Rainbow Blvd., Ste. 105
Las Vegas, NV 89146
Phone: 702-852-6688
Fax: 702-852-0308
Attorney for Plaintiff,
Maria Samano

Dated: November 30, 2017

BAUMAN LOEWE WITT & MAXWELL, PLLC

_____
MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89130
Phone: 702-240-6060
Fax: 702-240-4267
Attorney for Defendant,
David Swank

### ORDER

IT IS SO ORDERED.

DATED this 4th day of December, 2017.

_____
U.S. ~~DISTRICT COURT~~ MAGISTRATE JUDGE

STIPULATION AND ORDER ALLOWING FOR THE FED. R. CIV. P. 35 EXAM OF
PLAINTIFF MARIA SAMANO
- PAGE 2 OF 2 -