1 | **JOINTLY SUBMITTED**

2 | MICHAEL C. MILLS, ESQ.
  | Nevada Bar No. 003534
3 | BAUMAN LOEWE WITT & MAXWELL
  | 3650 N. Rancho Dr., Ste. 114
4 | Las Vegas, NV 89130
  | Telephone: 702-240-6060
5 | Fax: 702-240-4267
  | Email: mmills@blwmlawfirm.com
6 |
  | Counsel for Defendant,
7 | David Swank

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| MARIA SAMANO, individually, | CASE NO: 2:17-cv-00477-JCM-VCF |
|---|---|
| Plaintiff, | |
| vs. | |
| DAVID SWANK, Individually; DOES I through X; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

### STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE

IT IS HEREBY STIPULATED by the parties, by and through their respective

STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE
- PAGE 1 OF 2 -

3045549v1

counsel of record, that the above-entitled action shall be dismissed, with prejudice, each party to bear its own attorneys' fees and costs;

Dated this 26 day of ~~March~~ April 2018.   Dated this 28th day of ~~March~~ April 2018.

WILLOUGHBY & SHULMAN                        BAUMAN LOEWE WITT & MAXWELL, PLLC

_/s/ Eric Willoughby_                        _/s/ Michael C. Mills_
ERIC WILLOUGHBY, ESQ.                        MICHAEL C. MILLS, ESQ.
Nevada Bar No. 010277                        Nevada Bar No. 003534
3110 S. Rainbow Blvd., Suite 105             3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89146                          Las Vegas, NV 89130
Phone: 702-852-6688                          Phone: 702-240-6060
Fax: 702-852-0308                            Fax: 702-240-4267
Attorney for Plaintiff,                      Attorney for Defendant,
Maria Samano                                 David Swank

IT IS SO ORDERED.

_/s/ James C. Mahan_
UNITED STATES DISTRICT COURT JUDGE,

DATED: May 2, 2018

STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE
- PAGE 2 OF 2 -

3009719v1